UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Dynamic Digital Depth Research PTY LTD,<br><br>　*Plaintiff and Counterclaim-Defendant*,<br><br>　vs.<br><br>LG Electronics, Inc.,<br><br>　*Defendant*,<br><br>　and<br><br>LG Electronics U.S.A., Inc.,<br><br>　*Defendant and Counterclaim-Plaintiff.* | Case No. CV 15-5578-GW(Ex)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

# **ORDER**

Plaintiff Dynamic Digital Depth Research PTY LTD ("DDD") and Defendants LG Electronics, Inc. and LG Electronics USA, Inc. (collectively "LGE") (collectively "Parties") have filed a "Stipulation of Dismissal with Prejudice" pursuant to the terms of a separate Settlement Agreement by and between them. Having reviewed the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

(1) All claims between DDD and LGE shall be dismissed with prejudice;

(2) Except as otherwise agreed between the Parties, all costs and expenses relating to the claims between DDD and LGE in this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same; and

(3) the Court retains jurisdiction to enforce the Settlement Agreement if needed.

**IT IS SO ORDERED.**

Dated: December 15, 2017

GEORGE H. WU
United States District Judge